# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LEE BROOKINS,<br><br>           Plaintiff,<br><br>      v.<br><br>L. MARTINEZ, et al.,<br><br>           Defendants. | Case No. 1:24-cv-01158 JLT SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PAY $405.00 FILING FEE WITHIN 14 DAYS |

Previously, the Court found Plaintiff is subject to the three strikes bar under 28 U.S.C. § 1915(g) and directed Plaintiff pay the fee within 21 days. (Docs. 5, 7.) In response, Plaintiff filed a motion regarding his objections and seeking clarification on the Court's order. (Doc. 8.) The Court construed the request as a motion for reconsideration, denied the motion, and directed him to pay the $405.00 filing fee within 14 days. (Doc. 9.) Plaintiff then filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit. (Doc. 10.) On February 29, 2025, the Ninth Circuit dismissed Plaintiff's appeal. (Doc. 15.) The mandate became effective 21 days thereafter, on March 12, 2025. (*Id.* at 1.) Thus, the Court **ORDERS**:

   1. Within 14 days following the date of service of this order, Plaintiff **SHALL** pay the $405.00 filing fee in full to proceed with this action.

///

///

1

2. **<u>Failure to pay the filing fee in full will result in dismissal without prejudice for failure to comply with the Court's order.</u>**

IT IS SO ORDERED.

Dated: __**March 14, 2025**__                                 _/s/ Jennifer L. Thurston_
                                                                                UNITED STATES DISTRICT JUDGE

2