**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARRY LEE BROOKINS,<br><br>      Plaintiff,<br><br>   v.<br><br>L. MARTINEZ, et al,<br><br>      Defendants. | Case No.: 1:24-cv-01158 JLT SAB (PC)<br><br>ORDER RE MOTION TO REOPEN CASE<br><br>(Doc. 19) |

Barry Lee Brookins, proceeding *pro se*, filed a civil rights complaint with this Court on October 1, 2024. (Doc. 1.) On October 28, 2025, the Court ordered him to pay the filing fee in full because he has suffered three or more strikes under 28 U.S.C. § 1915(g). (Doc. 7.) His motion for reconsideration of that order was denied (Doc. 9) and instead of paying the fee or asking for more time to do so, Plaintiff filed a notice of appeal. (Doc. 10.) That appeal was dismissed on February 19, 2025, because Plaintiff failed to pay the appellate filing fee. (Doc. 15.)

On March 14, 2025, Plaintiff was once again ordered to pay the filing fee in full within 14 days. (Doc. 16.) When he failed to do so, the Court dismissed the case. (Doc. 17, filed Apr. 8, 2025.) The Court entered judgment the same day, (Doc. 18), and closed the case. Both the dismissal order and judgment were served on Plaintiff.

On August 6, 2025, approximately four months later, Plaintiff moved to re-open the case,

indicating that he is now prepared to pay the filing fee in full as requested. (Doc. 19.) On August 21, 2025, he followed up with a short request asking if it is possible to have the case heard if he pays the filing fee. (Doc. 20.) The August 2025 requests were not properly flagged for action by the Court and were recently discovered upon a routine review of the docket.

Considering all the circumstances and an abundance of caution, the Court will permit Plaintiff the opportunity to proceed by paying the filing fee. However, because of the passage of time, the Court cannot be certain that Plaintiff still possesses the funds to do so. Accordingly, the Court will not re-open the matter until the filing fee is received.  Thus, the Court **ORDERS**:

1. Plaintiff shall have 30 days to pay the $405.00 filing fee in full.

2. If he timely pays the fee, the Clerk of Court **SHALL** re-open the case without further order of the Court. If he does not timely pay the fee, the case shall remain **CLOSED.**

IT IS SO ORDERED.

Dated:    **March 27, 2026**

UNITED STATES DISTRICT JUDGE

2