**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARRY LEE BROOKINS, | No. 1:24-cv-01158-JLT-SAB (PC) |
| Plaintiff, | ORDER DEEMING ACTION TO REMAIN CLOSED BASED ON PLAINTIFF'S FOR FAILURE TO PAY THE FILING FEE |
| v. | |
| L. MARTINEZ, et al., | (Doc. 24) |
| Defendants. | |

This action was dismissed on April 8, 2025 for Plaintiff's failure to pay the filing fee. (Doc. 17.)

On August 6, 2025, Plaintiff filed a motion to reopen the case. (Doc. 20.) On March 30, 2026, the Court granted thirty days to pay the filing fee in full based on his prior filings that he was now prepared to pay the filing fee in full as requested. (Doc. 21.) In that order, Plaintiff was forewarned that "[i]f he does not timely pay the fee, the case shall remain **CLOSED**."

On April 23, 2026, Plaintiff filed a notice indicating that he has requested the trust account office to release $405.00 from his account. (Doc. 22.)

On May 12, 2026, Plaintiff filed a motion for an extension of time to submit the filing fee. (Doc. 23.)

///

1

On May 13, 2026, the Court granted Plaintiff thirty additional days to submit the filing fee. (Doc. 24.) To date, Plaintiff has failed to pay the filing fee for this action and the time to do so has passed.

Accordingly, because Plaintiff has failed to obey the court's order and pay the appropriate filing fee, this case cannot proceed. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61 (9th Cir. 1992).

Based on the foregoing, the Court **ORDERS** this action shall remain closed and no further filings will be entertained.

IT IS SO ORDERED.

Dated:    **June 28, 2026**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

2